AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Jermaine Billie, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No.  2:25-cv-00861-BHH-MGB |
| Credence Resource Management, LLC | ) |
| *Defendants* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The Court **adopts and specifically incorporates** the Magistrate Judge's Report (ECF No. 35); **overrules** Plaintiff's objections (ECF No. 45); and **grants** Defendant's motion to dismiss. (ECF No. 22.) Accordingly, this matter is dismissed in full.
**IT IS SO ORDERED.**

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge, presiding. The Court having adopted the Report and Recommendation set forth by the Honorable Mary Gordon Baker, United State Magistrate Judge.

Date:  March 6, 2026                                  *ROBIN L. BLUME, CLERK OF COURT*

                                                                          s/R. Heinen
                                                        _____
                                                        *Signature of Clerk or Deputy Clerk*