IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| JERMAINE BILLIE<br><br>Plaintiff,<br><br>v.<br><br>CREDENCE RESOURCE MANAGEMENT, LLC<br><br>Defendant. | CASE NO: 2:25-cv-00861-BHH<br><br>PLAINTIFF'S NOTICE OF APPEAL |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that **Jermaine Billie**, Plaintiff in the above-named case, hereby appeals to the **United States Court of Appeals for the Fourth Circuit** from the Final Judgment and Order of Dismissal entered on **March 6, 2026** (ECF No. 56).

Plaintiff challenges the District Court's dismissal based on a misapplication of Article III standing and the failure to state a claim. Specifically, Plaintiff appeals the Court's failure to consider:

## Statement of Issues

1. **Standing via Admitted Publication:** Whether the District Court erred in finding no concrete injury despite **Exhibit D**, where Defendant's counsel admitted to disseminating private debt data to an unauthorized third-party phone number.

2. **Failure of Condition Precedent:** Whether the Court erred by allowing credit reporting when **Exhibit D (#3)** proves the mandatory 14-day notice period under **12 CFR § 1006.30** never commenced due to undelivered mail.

3. **FCRA Investigation Duty:** Whether the Court failed to apply *Roberts v. Carter-Young (2025)*, given that the errors regarding Plaintiff's address and identity were "objectively and readily verifiable" per **Exhibit D**.

Respectfully submitted,

Dated: 10 March, 2026

*[signature]*

**Jermaine Billie, Pro Se**

## CERTIFICATE OF SERVICE

I hereby certify that on this **10th day of March, 2026,** I provided sufficient copies to the Clerk for service, which will send a Notice of Electronic Filing to the following counsel of record for the Defendant:

D. Jay Davis, Jr.
Counsel for Defendant
Clement Rivers, LLP
P.O. Box 993

Charleston, SC 29402
Email: jdavis@ycrlaw.com


Michelle L. Sanginiti, Esq.
Pro Hac Vice
Sessions, Israel & Shartle, LLC
5 Canton Circle
Newton, PA 18940
Email: msanginiti@sessions.legal

_____
**Jermaine Billie, Pro Se**